IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| ROBERTO AND HERMINIA GARCIA, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 2:15-CV-91-AM |
| METROPOLITAN LLOYDS | § | |
| INSURANCE COMPANY OF TEXAS AND | § | |
| MICHAEL LEE ESMAY | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs Roberto Garcia and Herminia Garcia, and Defendants Metropolitan Lloyds Insurance Company of Texas and Michael Lee Esmay, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1.      Plaintiffs are Roberto Garcia and Herminia Garcia.  Defendants are Metropolitan Lloyds Insurance Company of Texas and Michael Lee Esmay.

2.      Plaintiffs filed suit against Defendants arising out of a homeowners' insurance claim arising from storm damage that occurred on or about April 23, 2014.

4.      Plaintiffs and Defendants have reached a compromise and settlement regarding the claims in this lawsuit.  As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendants.  Plaintiffs and Defendants agree to this dismissal with prejudice.

5.      This case is not a class action.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

6.  A receiver has not been appointed in this action.

7.  This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8.  Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9.  This dismissal is requested to be with prejudice as to Defendants Metropolitan Lloyds Insurance Company of Texas and Michael Lee Esmay.

Respectfully submitted,

_____
Audrey Guthrie
Robert L. Collins & Associates
P. O. Box 7726
Houston, TX  77270-7726
713-467-8884
800-782-9832
713-467-8883 – fax
SBN 24083116
*theaudlawyer@icloud.com*
ATTORNEY FOR PLAINTIFFS

*AND*

_____/s/ - Dennis D. Conder_____
Dennis D. Conder
Stacy & Conder, LLP
901 Main Street, Suite 6200
Dallas, Texas  75202
214-748-5000
214-748-1421 – fax
conder@stacyconder.com
SBN 04656400

ATTORNEY FOR DEFENDANT
METROPOLITAN LLOYDS INSURANCE
COMPANY OF TEXAS

PAN/PLDG/572957.1/001466.16904

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 2**