IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
OCT 18 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| ROBERTO AND HERMINIA GARCIA, § <br> Plaintiffs, § <br> § <br> v. § <br> § Civil Action No. <br> § DR-15-CV-091-AM/VRG <br> METROPOLITAN LLOYDS § <br> INSURANCE COMPANY OF TEXAS § <br> and MICHAEL LEE ESMAY, § <br> Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On October 12, 2016, the parties filed a joint stipulation of dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the joint stipulation. Each party shall bear its own costs and fees. The status hearing setting for October 20, 2016, is **VACATED**.

**IT IS FURTHER ORDERED** that all motions pending in the instant action be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 18th day of October, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE