AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas

**FILED**
OCT 1 9 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____

DEPUTY

ROBERTO AND HERMINIA GARCIA
Plaintiff,

v.

METROPOLITAN LLOYDS INSURANCE
COMPANY OF TEXAS and MICHAEL LEE
ESMAY
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-15-CV-91 AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Plaintiff's claims asserted in this suit against the Defendants are DISMISSED WITH PREJUDICE as set forth in the joint stipulation. Each party shall bear its own costs and fees. The status hearing setting for October 20, 2016, is VACATED. IT IS FURTHER ORDERED that all motions pending in the instant action be DENIED as moot.

10/19/2016
Date

Jeannette J. Clack
Clerk

(By) Deputy Clerk